NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANDREW JOHN KALINOWSKI,                )
                                       )
            Appellant,                 )
                                       )
v.                                     )       Case No. 2D18-4838
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed July 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Highlands County; Peter F. Estrada,
Judge.


PER CURIAM.

        Affirmed.  See § 775.087(1)(a), (2)(b), Fla. Stat. (2008); Strickland v.

State, 437 So. 2d 150 (Fla. 1983); Robinson v. State, 37 So. 3d 921 (Fla. 2d DCA

2010); Williams v. State, 836 So. 2d 1082 (Fla. 2d DCA 2003).


KHOUZAM, C.J., and SLEET and BADALAMENTI, JJ., Concur.